# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NOEL SPRINGER

NO. 2024 KW 1058

**DECEMBER 4, 2024**

---

In Re:    Noel Springer, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge, No.
          221389.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**
**HG**

**Miller, J.,** dissents and would grant the writ to allow relator
to correct the deficiencies in the application and to order the
State to file an answer on the merits.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT